# UNITED STATES DISTRICT COURT

for the

District of Maryland

LMF/bv

|  |  |  |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 14 – 509 wc |
| GOOGLE INC. EMAIL ACCOUNTS | ) | |
| FREDROCKS34@GMAIL.COM | ) | |
| PETALSGUITAR@GMAIL.COM | ) | |
| TOBI.H999@GMAIL.COM | | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

GOOGLE INC. EMAIL ACCOUNTS FREDROCKS34@GMAIL.COM, PETALSGUITAR@GMAIL.COM, AND TOBI.H999@GMAIL.COM and as further described in ATTACHMENT A.

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 1 8 2014

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C. §§ 2251 and 2252A | Involving the use of a computer in or affecting interstate commerce to advertise, transport, receive, distribute, possess and/or access child pornography |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Daniel E. O'Donnell,  Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/27/2014  3:15p.—__

_____
*Judge's signature*

City and state:  Greenbelt, Maryland

William Connelly, Chief United States Magistrate Judge
*Printed name and title*