# UNITED STATES DISTRICT COURT

FILED
LOGGED — ENTERED
RECEIVED

for the

District of Maryland

JUN 1 2 2014

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | )<br>) Case No. 14-5090c |
| GOOGLE INC. EMAIL ACCOUNTS<br>FREDROCKS34@GMAIL.COM<br>PETALSGUITAR@GMAIL.COM<br>TOBI.H999@GMAIL.COM | )<br>)<br>) |

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

GOOGLE INC. EMAIL ACCOUNTS FREDROCKS34@GMAIL.COM, PETALSGUITAR@GMAIL.COM, AND TOBI.H999@GMAIL.COM  and as further described in ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     MARCH 12 2014
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Duty Magistrate Judge                                                     .
          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   February 27, 2014          *William Connelly*
                                          3:15p.m.              *Judge's signature*

City and state:     Greenbelt, Maryland          William Connelly, Chief United States Magistrate Judge
                                                                *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>14-509 | Date and time warrant executed:<br>2/27/14 6:28pm | Copy of warrant and inventory left with:<br>Google - email |
| Inventory made in the presence of :<br>SA Daniel E.O'Donnell | | |

Inventory of the property taken and name of any person(s) seized:

One DVD entitled "Search Warrant
Internal Ref: 6315-411150 "

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/6/14

_____
*Executing officer's signature*

Special Agent Daniel E O'Donnell
*Printed name and title*